IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. WOLFE, | : | Civil No. 3:24-cv-21 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN RIVELLO, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 11th day of October, 2024, upon consideration of the Rule 12(b) motion (Doc. 32) to dismiss by the DOC Defendants, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 32) is **GRANTED**.

2. The claims against Defendants Rivello, Hollibaugh, Grimme, and Yost are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** John Rivello, Barbara Hollibaugh, Mark Grimme, and Megan Yost as parties to this action.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge